

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00267-CR

**ROBERT THOMAS BRUCE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 52nd District Court
Coryell County, Texas
Trial Court No. 15-23163**

## O R D E R

Appellant's third motion for extension of time, filed on May 30, 2017, is denied.

Appellant's brief is due July 5, 2017.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed June 14, 2017

